J-A05010-16

2016 PA Super 156

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| SALIM WALLS, | |
| Appellant | No. 2222 EDA 2014 |

Appeal from the Judgment of Sentence July 1, 2014
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0003034-2014

BEFORE:  OLSON, J., OTT, J., and STEVENS, P.J.E.*

DISSENTING STATEMENT BY STEVENS, P.J.E.:        **FILED JULY 19, 2016**

I agree with the Majority that there are three elements to the crime of retaliation against a prosecutor or judicial official: 1) the defendant acted in retaliation for the lawful acts of a prosecutor or judicial official; 2) the defendant harmed or attempted to harm any individual or that individual's property; and, 3) the defendant committed the harm, or committed the attempt to harm, *via* an unlawful act.

As the Majority notes, however, "harm" in 18 Pa.C.S.A. § 4953.1(a) is not defined by the legislature or the courts.  I would, therefore, find that a defendant who retaliates in response to a lawful action by a prosecutor or judicial official is creating "harm" by the very act of retaliation.  To construe the statute and intent of the legislature otherwise gives the criminal free rein to threaten a prosecutor or judicial officer at least once without the risk of punishment under law.

*Former Justice specially assigned to the Superior Court.